SEARS, ROEBUCK & COMPANY *v.* HOLMES.

1. APPEAL AND ERROR—COMMON PLEAS COURT—INTERLOCUTORY ORDER
—JURISDICTION OF COURT OF APPEALS.
     An order of the common pleas court of the city of Detroit setting aside a default judgment is interlocutory and not a matter of which the Court of Appeals has jurisdiction to hear an appeal (GCR 1963, 801.3).

REFERENCES FOR POINTS IN HEADNOTES
[1] 4 Am Jur 2d, Appeal and Error § 127.
   5 Am Jur 2d, Appeal and Error § 856.
   Order setting aside, or refusing to set aside, default judgment as a final judgment or order for purposes of appeal. 108 ALR 225.
[2] 4 Am Jur 2d, Appeal and Error § 47 *et seq.*
[3] 5 Am Jur 2d, Appeal and Error §§ 686, 1010. 1013.

2. SAME—INTERLOCUTORY ORDERS—COMMON PLEAS COURT—CIRCUIT COURT.
  Interlocutory orders of the common pleas court of Detroit are appealable to the circuit court by leave of that court (GCR 1963, 806.1).

3. COSTS—BRIEFS—DISMISSAL OF APPEAL.
  No costs are allowed appellee upon dismissal of appeal, where appellee had failed to file a brief.

Appeal from Common Pleas Court of Detroit; Vokes (David C.), J.   Submitted Division 1 December 7, 1965, at Detroit.   (Docket No. 963.)   Decided January 11, 1966.   Amended opinion filed February 9, 1966.

Summons and affidavit of account by Sears, Roebuck & Company, a New York corporation, against Alfred Holmes and Pennie J. Thomas for the unpaid balance of moneys owed on the purchase of goods. Default judgment for plaintiff.   Defendants' motion to set aside default granted.   Plaintiff appeals.   Appeal dismissed.

*Balfour D. Peisner,* for plaintiff.

J. H. GILLIS, J.   This is an appeal from an order of the common pleas court of the city of Detroit setting aside a default judgment.   The order is interlocutory and under GCR 1963, 801.3 this Court has no jurisdiction to hear this appeal.   Appeals from interlocutory orders of the common pleas court are appealed by leave to the circuit court.   GCR 1963, 806.1.   See 3 Honigman and Hawkins, Michigan Court Rules Annotated (2d ed), pp 448, 449, for discussion of this question.

Dismissed.   No costs, appellees having failed to file a brief.

WATTS, P. J., and BURNS, J., concurred.